In re HAUSMAN.

(Circuit Court of Appeals, Second Circuit. March 12, 1903.)

No. 135.

1. BANKRUPTCY—FAILURE OF BANKRUPT TO COMPLY WITH ORDER—PUNISHMENT FOR CONTEMPT.

Before punishing a bankrupt for contempt because of his failure to comply with an order, the court should give him an opportunity to prove his inability to do so.

Petition for Revision of the Proceedings of the District Court of the United States for the Southern District of New York in Bankruptcy.

Stillman F. Kneeland, for petitioner.

Thaddeus D. Kenneson, for respondent.

Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. In affirming the order of the court below, we do not consider the question whether the bankrupt should be punished for contempt in the event of failing to comply with the order, as that question, although the one principally argued, is not here. If it should be sought to punish him for contempt, the court below will doubtless give him an opportunity to prove his inability to comply with the order.